NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RANDOLPH T. GREEN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7054

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0332, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves without opposition for a 10-day extension of time, until March 12, 2012, to file his informal response brief. Randolph T. Green opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Randolph T. Green
     Joshua E. Kurland, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 0 9 2012**

**JAN HORBALY**
**CLERK**